UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS D. VILLEGAS HURTADO,   Case No. 1:25-cv-1776

    Petitioner,   Hon. Hala Y. Jarbou
                                     Chief U.S. District Court Judge

v.

KEVIN RAYCRAFT, et al.

    Respondents.
_____/

## STIPULATED ORDER TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents, by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs or attorneys' fees to any party.

**SO STIPULATED:**

Dated: December 22, 2025   /s/ *Willian A Quiceno* (with consent)
                                                                   WILLIAM A. QUICENO
                                                                   Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd.
                                                                   332 Michigan Ave., Suite 142B
                                                                   Chicago, IL 60604
                                                                   (312) 341-9730, Ext. 134
                                                                   williamq@klc-ltd.com
                                                                   Attorneys for Petitioner

Dated: December 22, 2025   /s/ *Ryan D. Cobb*
                                                                    RYAN D. COBB
                                                                   Assistant United States Attorney
                                                                   Post Office Box 208
                                                                   Grand Rapids, MI 49501-0208
                                                                   (616) 456-2404
                                                                   Ryan.Cobb@usdoj.gov
                                                                   Attorneys for Respondents

**IT IS SO ORDERED:**

Dated: December 22, 2025

/s/ Hala Y. Jarbou
HON. HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE